In the Matter of MALACHY G. FEENEY et al., Appellants, against VILLAGE OF BRONXVILLE et al., Respondents.

Argued April 9, 1946; decided May 29, 1946.

*Albert De Roode* for appellants.

*Roy P. Monahan* for Disabled American Veterans, Department of New York, *amicus curiæ,* in support of appellant's position.

*Barent L. Visscher, Wilfreda B. Stone* and *Arnold Frye* for Village of Bronxville and its officers, respondents.

*Samuel D. Smoleff* for Thomas J. Brennan, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.